IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINOAPP, INC., | No. C 15-00101 JSW |
| Plaintiff, | **ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

On March 25, 2015, Plaintiff filed a motion to dismiss. On March 26, 2015, Plaintiff noticed that motion for a hearing on June 26, 2015. The Court issues this Order to clarify that under Northern District Civil Local Rules 7-3(a) and 7-3(c), the opposition and reply briefs remain due on April 2, 2015, and April 9, 2015, respectively. If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

In light of the pending motion, the Court CONTINUES the case management conference schedule for April 10, 2015, to June 26, 2015 at 9:00 a.m., immediately following the hearing on the motion.

**IT IS SO ORDERED.**

Dated: March 27, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE