IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINOAPP, INC., | No. C 15-00101 JSW |
|     Plaintiff, | **ORDER DIRECTING DEFENDANT TO PROVIDE CHAMBERS COPIES OF BRIEFING ON MOTION FOR SANCTIONS** |
| v. | |
| AMAZON.COM INC, | |
|     Defendant. | |

Plaintiff's motion to dismiss is scheduled for a hearing on June 26, 2015. In its opposition to the motion, Defendant asks that the Court retain jurisdiction over the matter to consider a motion for sanctions, pursuant to Rule 11, which is fully briefed. The Court HEREBY ORDERS *Defendant* to provide the Court with chambers copies of that motion, the opposition, and the reply, and all supporting declarations by no later than May 1, 2015.

**IT IS SO ORDERED.**

Dated: April 8, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE