IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINOAPP, INC., | No. C 15-00101 JSW |
| Plaintiff, | **NOTICE RE PENDING MOTIONS AND VACATING HEARING** |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

Plaintiff has filed a motion to dismiss, pursuant to Federal Rule of Civil Procedure 41. Before the case was transferred to this district, Defendant filed a motion for sanctions, pursuant to Federal Rule of Civil Procedure 11 (the "Rule 11 motion"), which is fully briefed and ripe for resolution. The Court finds both motions suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b), and it VACATES the hearing scheduled for June 26, 2015.

In its motion, Plaintiff asks the Court to grant the motion, without imposing conditions. Plaintiff also states that it "reserves the right to withdraw [the] motion if it is granted subject to conditions." (Docket No. 97-1, Plaintiff's Mot. at 7:10-11.)

Defendant does not oppose Plaintiff's request to dismiss the case with prejudice, but it asks the to Court decide the Rule 11 motion before it dismisses the case and to entertain a motion under 35 U.S.C. section 285 for attorneys' fees. In its Rule 11 motion, Defendant asks for sanctions "in an amount equal to its recoverable costs and attorney fees," but it does not provide the Court with a specific figure. (Docket No. 38, Def. Mot. at 11.)

The Court tentatively concludes Defendant's Rule 11 motion should be denied. The Court also is tentatively inclined to grant Plaintiff's motion to dismiss, but on the condition that Defendant will be permitted to file a motion seeking its attorneys fees and costs by way of a motion under 35 U.S.C. section 285.

Because the Court is inclined to grant Plaintiff's motion to dismiss subject to a condition, the Court ORDERS the parties to meet and confer and file a joint notice by no later than May 8, 2015, which sets forth their positions on the following questions:

1. Will Plaintiff withdraw its motion or will it accept the Court's condition?
2. In light of the Court's tentative ruling, does Defendant wish to withdraw its Rule 11 motion in favor of a motion under Section 285?
3. Do the parties want the Court to refer this matter to a randomly assigned Magistrate Judge for purposes of conducting a settlement conference?

If both parties withdraw their respective motions, they shall appear on June 26, 2015 at 11:00 a.m. for a case management conference. The parties shall file a joint case management statement by June 19, 2015.

If either party decides not to withdraw their respective motion, that motion will be deemed submitted as of May 11, 2015, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: April 22, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE