IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINOAPP, INC., | No. C 15-00101 JSW |
| Plaintiff, | **ORDER ON MOTIONS AND VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

The Court has received the parties' joint notice regarding the status of this litigation. Pursuant to the representations in that notice, the Court GRANTS Plaintiff's motion to dismiss its claims with prejudice, GRANTS Defendant's request to withdraw its Rule 11 motion, and GRANTS Defendants leave to file a motion for attorneys' fees under Section 285.

The Court also GRANTS the request for an extension to advise the Court whether the parties would like a referral to a Magistrate Judge for purposes of a settlement conference on any remaining issues. The parties shall file a notice on May 15, 2015, regarding their position on that issue.

The Court VACATES the case management conference scheduled for June 26, 2015.

**IT IS SO ORDERED.**

Dated: May 8, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE