JEAN G. VIDAL FONT, State Bar No. 266475
jvidal@ferraiuoli.com
FERRAIUOLI LLC
221 Ponce de León
5th Floor
San Juan, PR 00917
Telephone: 787-766-7000
FACSIMILE: 787-766-7001

Counsels for TainoApp, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAINOAPP INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**AMAZON.COM, INC.,**<br><br>    Defendant. | CASE NO.: **15-cv-00101-JSW** |

## JOINT NOTICE IN COMPLIANCE WITH COURT ORDER
### AND ORDER THEREON

WHEREAS, this Court granted an extension for the Parties, Plaintiff TainoApp Inc. and Defendant Amazon.com, Inc., to advise the court whether the parties would refer the case to a Magistrate Judge for purposes of a settlement conference (Dkt. 105);

WHEREAS, the Parties have met and conferred, and were not able to reach a settlement agreement, and further agree that it would not be beneficial to refer the matter to a Magistrate Judge;

WHEREAS, Amazon, having been granted leave to file a motion for attorneys' fees under Section 285 will proceed to do so;

WHEREFORE, the Parties jointly request that the Court:

1. Find that the parties have satisfied the Court's April 22, 2015 Order;

2. Retain jurisdiction to decide the Section 285 motion;

3. Enter the following briefing schedule for the Section 285 motion:

By June 1, 2015, Amazon shall file its Section 285 motion.

By June 15, 2015, TainoApp shall file its opposition.

By June 22, 2015, Amazon shall file its reply.

DATED: May 15, 2015

Respectfully submitted,

**FERRAIUOLI, LLC**

By: /s/ Jean G Vidal Font
JEAN G. VIDAL FONT
State Bar No. 266475
jvidal@ferraiuoli.com
221 Ponce de León
5th Floor
San Juan, PR 00917
Telephone: 787-766-7000
Facsimile: 787-766-7001

**Attorneys for Plaintiff**

Edward H. Rice
Marina N. Saito
FREEBORN & PETERS, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
erice@freeborn.com
msaito@freeborn.com

**Attorneys for Defendant**

It is so ordered.
May 20, 2015

*/s/ Jeffrey S. White*