IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINOAPP, INC., | No. C 15-00101 JSW |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY** |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

The Court has received Plaintiff's motion for leave to file a surreply. To the extent Plaintiff argues that Defendant has misconstrued relevant legal authority, the Court does not require additional briefing. In addition, Plaintiff's assertion that Defendant's reply brings forth new arguments is too vague for the Court to make a determination at this time whether a surreply would be necessary. Accordingly, the Court DENIES the motion. However, if the Court determines that it requires additional briefing, it shall notify the parties in advance of the hearing.

**IT IS SO ORDERED.**

Dated: June 30, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE