JEAN G. VIDAL FONT, State Bar No. 266475
jvidal@ferraiuoli.com
FERRAIUOLI LLC
221 Ponce de León
5th Floor
San Juan, PR 00917
Telephone: 787-766-7000
FACSIMILE: 787-766-7001

Counsels for TainoApp, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAINOAPP INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **AMAZON.COM, INC.**, <br><br> Defendant. | CASE NO.: **15-cv-00101-JSW** <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE AND INSTRUCTIONS TO COUNSEL |

## **UNOPPOSED MOTION FOR CONTINUANCE**

WHEREAS, Amazon.Com, Inc. has filed a Motion for Sanctions Under 35 U.S.C. Sec. 285 (the "Motion") (Dkt. 108) and has moved the Court for a hearing on said Motion for July 24, 2015;

WHEREAS, the undersigned attorneys hereby request a continuance of said hearing due to their attendance to a Claim Construction hearing in an unrelated matter (Telinit Technologies, LLC. v. Jive Communications, Inc., 2:14-cv-00369, E.D. Texas) on July 21, 2015 in Texarkana, Texas[1];

WHEREAS, Counsel for TainoApp, Inc. ("TainoApp") has discussed the matter with counsel for Amazon and explained the over-burdensome nature of traveling from Texas, to Puerto

---

[1] Said Claim Construction hearing was originally set for July 6, 2015, but was rescheduled at the Court's initiative on June 25, 2015 for July 21, 2015. The undersigned need to travel back to the Commonwealth of Puerto Rico on the 22nd of July, 2015.

CASE NO. 15-CV-00101           1           UNOPPOSED MOTION FOR CONTINUANCE

Rico, and then to California in a matter of 48 hours, and Counsel for Amazon has indicated that Amazon will not file an opposition to TainoApp's request for continuance;

WHEREAS Counsel for TainoApp proposed re-scheduling the motion hearing for August 28, 2015 and Counsel for Amazon indicated that, if the Court were to reschedule, Amazon would be available on that date;

WHEREAS, the continuance requested would not unduly delay the proceedings before this Court in light of the dismissal requested by Plaintiff and granted by this Court;

WHEREFORE, the Plaintiff request that the Court:

1. Grant Plaintiff's Unopposed Motion for Continuance, and reschedule the hearing currently set for July 24, 2015 for August 28, 2015, or any other date which the Court deem proper.

DATED: July 13, 2015

Respectfully submitted,

**FERRAIUOLI, LLC**

By: /s/ Jean G Vidal Font
    JEAN G. VIDAL FONT
    State Bar No. 266475
    jvidal@ferraiuoli.com
    221 Ponce de León
    5th Floor
    San Juan, PR 00917
    Telephone: 787-766-7000
    Facsimile: 787-766-7001

**Attorneys for Plaintiff**

**DECLARATION**

I, Jean G. Vidal-Font, hereby attest, that we have conferred with counsel for Defendant, Amazon.Com, Inc., and that the filing of this motion is unopposed.

DATED: July 13, 2015

By: */s/ Jean G. Vidal-Font*
Jean G. Vidal-Font

Plaintiff's unopposed motion is GRANTED, and the hearing on the motion for sanctions is continued to August 28, 2015 at 9:00 a.m. If the Court determines the motion is suitable for disposition without oral argument, it will notify the parties in advance of that hearing date.

Counsel are reminded of their obligation to electronically file proposed orders when seeking relief from the Court.

July 16, 2015

*[Signature: Jeffrey S. White]*

CASE NO. 15-CV-00101   3   UNOPPOSED MOTION FOR CONTINUANCE