IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAINOAPP, INC., | No. C 15-00101 JSW |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

This matter is scheduled for a hearing on August 28, 2015, to consider Amazon.Com, Inc.'s motion for sanctions. The Court finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court takes the matter under submission and will issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: August 20, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE